**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

AUNI CHOVET,

Plaintiff,

v.

AD INTERNATIONAL, INC., a Delaware Corporation; AD INTERNATIONAL, LLC, a Delaware Limited Liability Company; and DOES 1- 10,

Defendants.

Case No.: 1:26-cv-06821-JPO

**DEFAULT JUDGMENT AGAINST DEFENDANTS DEFENDANTS AD INTERNATIONAL, INC. AND AD INTERNATIONAL, LLC**

JUDGMENT:

The Court, having considered Plaintiff's Motion for Default Judgment Against Defendants AD International, Inc. and AD International, LLC, and for good cause shown, HEREBY GRANTS the Motion and ORDERS as follows:

1. Judgment is entered in favor of Plaintiff Auni Chovet and against Defendants AD International, Inc. and AD International, LLC for copyright infringement;
2. Defendants AD International, Inc. and AD International, LLC is liable to Plaintiff Auni Chovet for statutory damages in the amount of $30,000.00, as well as fees and costs in the amount of $1,000.00, and costs in the amount of $555.00.

**SO ORDERED.**

Dated: October 28, 2026

By: ______________________

J. PAUL OETKEN
United States District Judge